SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

ANDREW P. CAPUTO (CASBN 203655)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7004
    Fax: (415) 436-7234
    Email: andrew.caputo@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-0040 WHA |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| v. | |
| DASHAWN JULIAN, | |
| Defendant. | |

    With the agreement of the parties, and with the consent of defendant Dashawn Julian, the Court enters this order documenting defendant's exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), from March 13, 2007, to March 20, 2007. The parties agree, and the Court finds and holds, as follows:

    1.    Defendant agreed to an exclusion of time under the Speedy Trial Act. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, in this case. Defendant's counsel has requested time to review recently provided discovery and to confer with her client.

    2.    Given these circumstances, the Court found that the ends of justice served by

| | |
|---|---|
| 1 | excluding the period from March 13, 2007, to March 20, 2007, outweigh the best interest of the |
| 2 | public and the defendant in a speedy trial. Id. at § 3161(h)(8)(A). |
| 3 |       3.    Accordingly, and with the consent of the defendant, at the hearing on March 13, |
| 4 | 2007, the Court ordered that the period from March 13, 2007, to March 20, 2007, be excluded |
| 5 | from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). |
| 6 | IT IS SO STIPULATED. |

DATED: March 16, 2007                   /s/
                                       ALEXANDRIA CARL
                                       Attorney for Defendant

DATED: March 15, 2007                   /s/
                                       ANDREW P. CAPUTO
                                       Assistant United States Attorney

IT IS SO ORDERED.

DATED: March 20, 2007
                                       HON. WILLIAM H. ALSUP
                                       United States District Judge