| | |
|---|---|
| 1 | BARRY J. PORTMAN |
| | Federal Public Defender |
| 2 | REBECCA SULLIVAN SILBERT |
| | Assistant Federal Public Defender |
| 3 | 555 - 12th Street |
| | Suite 650 |
| 4 | Oakland, CA 94607-3627 |
| | Telephone: (510) 637-3500 |
| 5 | |
| | Counsel for Defendant JULIAN |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-07-0040 WHA |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] |
| | ) ORDER FOR BRIEFING SCHEDULE |
| vs. | ) |
| DASHAWN JULIAN, | ) |
| Defendant. | ) |

On June 12, 2008, Deshawn Julian filed a *pro se* motion for a reduced sentence in light of the retroactive reduction in the crack cocaine guideline ranges. Mr. Julian requested assistance from the Federal Public Defender's Office. The undersigned Assistant Federal Public Defendner has reviewed the relevant documents in Mr. Julian's case, as well as a transcript of the January 15, 2008, sentencing hearing before this Court. Counsel has conferred with counsel for the government, and requests the following briefing schedule: Superseding motion on behalf of Mr. Julian, Tuesday January 13; Government Opposition February 10; Reply on behalf of Mr. Julian February 17, Hearing February 24. The reasons for the delayed schedule are (1) the Federal Public Defender's Office has had extreme and, in counsel's experience, highly unusual delays in communicating with Mr. Julian. It appears that Mr. Julian is either not receiving all of the letters

Stip and ~~Proposed~~ Order for 3582 Motion
Briefing Schedule                            1

from counsel, or that they are being delayed by a month or more. Counsel has been unable to determine the reason for these unusual delays. (2) Counsel from the Federal Public Defender's Office has a Ninth Circuit appellate brief to write in December as well as two other briefs, and will be unavailable the last week in December. Counsel can research and write Mr. Julian's brief in early January, but will be unavailable the week of February 2 - 6. (3) The Speedy Trial Act does not apply in this case. (4) According to www.bop.gov, Mr. Julian's projected release date is December 6, 2017.

SO STIPULATED AND REQUESTED.

December 4, 2008                                             /S/
_____                          _____
Date                                                         Rebecca Sullivan Silbert
                                                             Assistant Federal Public Defender
                                                             Counsel for Dashawn Julian


December 4, 2008                                             /S/
_____                          _____
Date                                                         Drew Caputo
                                                             Assistant United States Attorney


I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Stip and Proposed Order for 3582 Motion
Briefing Schedule                                    2

**ORDER**

In accordance with the above stipulation, the Court hereby ORDERS the following briefing schedule on Mr. Julian's Motion for Resentencing:

| | |
|---|---|
| Superseding Motion: | January 13, 2009 |
| Government Opposition: | February 10, 2009 |
| Reply: | February 17, 2009 |
| Hearing: | February 24, 2009 |

December 5, 2008
_____
Date

IT IS SO ORDERED
Judge William Alsup

_____
Honorable William H. Alsup
Judge, United States District Court
Northern District of California

Stip and ~~Proposed~~ Order for 3582 Motion
Briefing Schedule    3